Tyson Hottinger (California Bar No. 253221)
    E-Mail: thottinger@mabr.com

MASCHOFF | BRENNAN
20 Pacifica, Suite 1130
Irvine, California 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

David R. Wright (Utah State Bar No. 5164) (*pro hac vice pending*)
    E-Mail: dwright@mabr.com
Kirk R. Harris (Utah State Bar No. 10221) (*pro hac vice pending*)
    E-Mail: kharris@mabr.com
Michael J. Howell (Utah State Bar No. 11672) (*pro hac vice pending*)
    E-Mail: mhowell@mabr.com

MASCHOFF | BRENNAN
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (435) 252-1360

Attorneys for Petitioner LIFETIME PRODUCTS, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFETIME PRODUCTS, INC., <br><br> Petitioner, <br><br> vs. <br><br> MAXCHIEF INVESTMENTS, LTD., SHICHANG METALS FACTORY, LTD., EXCELLENT TRIPOD TRADING CO., LTD, and ZHUHAI SHICHANG METALS, LTD., <br><br> Respondents. | Case No. 8:18-CV-01230-JVS-ADS <br><br> **ORDER CONFIRMING THE ARBITRATION AWARD** <br><br> Date: October 1, 2018 <br> Time: 1:30 P.M. <br> Place: Court Room 10C, <br> 411 West 4th Street, Santa Ana, CA 92701-4516 <br><br> The Honorable District Judge James V. Selna |

This Court, having considered Petitioner Lifetime Products, Inc.'s ("Lifetime") petition to confirm the arbitration award and motion to enter judgement, HEREBY GRANTS Lifetime's petition and motion.

IT IS HEREBY ORDERED that

1. The final and interim arbitration awards for Lifetime are confirmed in all respects.

2. Respondents Maxchief Investments, Ltd., Shichang Metals Factory, Ltd., and Excellent Tripod Trading Co., Ltd. (collectively "Maxchief") shall pay the sum of $9,580,131.18 to Lifetime, inclusive of past infringement damages and the ongoing royalty through the first two quarters of 2018.

3. Maxchief shall pay an ongoing royalty each calendar quarter of 1.25% on all revenue generated from the following infringing tables: BT-04J, BT-06FJ, BT-08FA, BT-36FA, BT-06FEG, BT-05FW, BT-06A, BT-06A-003, BT-06BK, BT-06FM, BT-06M, BT-06N, BT-06FJL, PT-27, PT-28, PT-38, BT-06E, BT-05J.

4. Maxchief shall pay an ongoing royalty each calendar quarter of $0.39 for each unit sold of the BT-06FJ, BT-06FW, BT-06FJL, BT-48F tables; $0.33 for each unit sold of the BT-05FJ, BT-36FA, BT-05FW tables; and $0.18 for each unit sold the BT-04FA table.

5. Maxchief shall pay post-judgement interest at the rate of $582.45 per day beginning on June 20, 2018 until Maxchief has satisfied the judgment, including $41,936.40 that has accrued as of August, 31 2018.

DATED: October 16, 2018

By: _____
James V. Selna
UNITED STATES DISTRICT COURT JUDGE