Tyson Hottinger (California Bar No. 253221)
   *E-Mail: thottinger@mabr.com*
MASCHOFF BRENNAN LAYCOCK
   GILMORE ISRAELSEN & WRIGHT PLLC
100 Spectrum Center Drive, Ste. 1200
Irvine, CA 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

David R. Wright (*admitted PHV*)
   *E-Mail: dwright@mabr.com*
Kirk R. Harris (*admitted PHV*)
   *E-Mail: kharris@mabr.com*
Michael J. Howell (*admitted PHV*)
   *E-Mail: mhowell@mabr.com*
MASCHOFF BRENNAN LAYCOCK
   GILMORE ISRAELSEN & WRIGHT PLLC
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (435) 252-1360
Facsimile: (435) 252-1361

Attorneys for Petitioner LIFETIME PRODUCTS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFETIME PRODUCTS, INC.,<br><br>                  Petitioner,<br><br>vs.<br><br>MAXCHIEF INVESTMENTS, LTD., SHICHANG METALS FACTORY, LTD., and EXCELLENT TRIPOD TRADING CO., LTD.<br><br>                  Respondents. | CASE NO: 8:18-CV-01230-JVS-ADS<br><br>**NOTICE OF LODGING PROPOSED FINAL JUDGMENT**<br><br>Date: November 19, 2018<br>Time: 1:30 P.M.<br>Place: Court Room 10C,<br>411 West 4th Street, Santa Ana, CA 92701-4516<br><br>Honorable District Judge James V. Selna |

1 | PLEASE TAKE NOTICE that Lifetime Products, Inc. ("Lifetime") hereby lodges the attached [Proposed] Final Judgement as requested by this Court. (Dkt. 35.)

Date: November 14, 2018

By:    */s/ Kirk R. Harris*
David R. Wright
Kirk R. Harris
Tyson Hottinger
Michael J. Howell
MASCHOFF BRENNAN LAYCOCK
   GILMORE ISRAELSEN & WRIGHT PLLC

Attorneys for Petitioner LIFETIME PRODUCTS, INC