Tyson Hottinger (California Bar No. 253221)
 E-Mail: thottinger@mabr.com
MASCHOFF BRENNAN LAYCOCK
 GILMORE ISRAELSEN & WRIGHT PLLC
100 Spectrum Center Drive, Ste. 1200
Irvine, CA 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

David R. Wright (*admitted PHV*)
 E-Mail: dwright@mabr.com
Kirk R. Harris (*admitted PHV*)
 E-Mail: kharris@mabr.com
Michael J. Howell (*admitted PHV*)
 E-Mail: mhowell@mabr.com
MASCHOFF BRENNAN LAYCOCK
 GILMORE ISRAELSEN & WRIGHT PLLC
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (435) 252-1360
Facsimile: (435) 252-1361

Attorneys for Petitioner LIFETIME PRODUCTS, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFETIME PRODUCTS, INC.,<br><br>      Petitioner,<br><br>vs.<br><br>MAXCHIEF INVESTMENTS, LTD., SHICHANG METALS FACTORY, LTD., and EXCELLENT TRIPOD TRADING CO., LTD.<br><br>      Respondents. | CASE NO: 8:18-CV-01230-JVS-ADS<br><br>**FINAL JUDGMENT**<br><br>Date: November 19, 2018<br>Time: 1:30 P.M.<br>Place: Court Room 10C,<br>411 West 4th Street, Santa Ana, CA 92701-4516<br><br>Honorable District Judge James V. Selna |

This Court HEREBY ENTERS FINAL JUDGMENT as follows:

1. The final and interim arbitration awards for Lifetime Products, Inc. ("Lifetime") are confirmed in all respects.

2. Respondents Maxchief Investments, Ltd., Shichang Metals Factory, Ltd., and Excellent Tripod Trading Co., Ltd. (collectively "Maxchief") shall pay the sum of $9,710,764.50 to Lifetime. This total includes: past infringement damages of $9,203,140.05; ongoing royalties for the first two quarters of 2018 of $382,424.69; $30,346.00 for attorneys' fees; $2,134.16 for costs associated with this Action; and post-judgment interest thru November 14, 2018 totaling $92,719.75.

3. Maxchief shall pay an ongoing royalty each calendar quarter of 1.25% on all revenue generated from the following infringing tables: BT-04J, BT-06FJ, BT-08FA, BT-36FA, BT-06FEG, BT-05FW, BT-06A, BT-06A-003, BT-06BK, BT-06FM, BT-06M, BT-06N, BT-06FJL, PT-27, PT-28, PT-38, BT-06E, BT-05J, BT-05FJ, BT-04M.

4. Maxchief shall pay an ongoing royalty each calendar quarter of $0.39 for each unit sold of the BT-06FJ, BT-06FW, BT-06FJL, BT-48F tables; $0.33 for each unit sold of the BT-05FJ, BT-36FA, BT-05FW tables; and $0.18 for each unit sold of the BT-04FA table.

5. Maxchief shall make payment and report all sales subject to the ongoing royalty to Lifetime no later than 45 days after the close of each calendar quarter.

6. Maxchief shall continue to pay post-judgment interest at the rate of $582.45 per day until Maxchief has satisfied the judgment.

DATED: November 26, 2018

By: _____
James V. Selna
UNITED STATES DISTRICT COURT JUDGE